# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | |
|---|---|
| WORLDWIDE MEDIA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 2:09cv26 |
| | ) |
| TRADITIONAL MEDICINALS, INC., | ) |
| | ) |
| Defendant. | ) |

## CONSENT JUDGMENT

**THIS CAUSE** came on for consideration pursuant to 28, United States Code, Section 636(c), and upon a Joint Motion for Consent Judgment filed by Plaintiff and Defendant. Based on a review of the pleadings and representations of counsel for Plaintiff and Defendant, the Court finds as follows:

1. That the Defendant has accepted service of the Complaint and consents to personal jurisdiction.

2. That the parties have stipulated to the jurisdiction of the United States Magistrate Judge.

3. That UDRP decision issued by the National Arbitration Forum in <u>Traditional Medicinal Inc. v. Worldwide Media, Inc. et al.</u>, No. FA0902001247728 (NAF Apr. 7, 2009) is negated;

4. That Plaintiff's registration and use of the domain name <SMOOTHMOVE.COM> (the "Domain Name") does not violate Defendant's rights under the Lanham Act, 15 U.S.C. § 1051 *et seq.*;

5. That by agreement of the parties, the Domain Name shall be transferred from Plaintiff to Defendant;

6. That each party shall bear its own costs and expenses; and

7. Plaintiff's remaining claims against Defendant are dismissed with prejudice.

IT IS SO ORDERED.

Signed: August 21, 2009

Dennis L. Howell
United States Magistrate Judge